JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN163973)
Chief, Criminal Division

ELISE BECKER (NYSBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6878
    Facsimile: (415) 436-7234
    Email: elise.becker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3-08-70515 BZ |
|     Plaintiff, ) | |
|     v. ) | STIPULATION and (~~PROPOSED~~) ORDER CONTINUING STATUS DATE |
| NYENDAK WANGDEN, ) | |
|     Defendant. ) | |

    The United States of America, by and through its attorneys, Joseph P. Russoniello, United States Attorney for the Northern District of California, and Elise Becker, Assistant U.S. Attorney, and defendant Nyendak Wangden, by and through her attorney, Derek St. Pierre, respectfully request that the scheduled court appearance of September 14, 2009, be vacated and rescheduled for December 9, 2009, before Magistrate Judge Bernard Zimmerman. The reason for the continuance is that the defendant will be out of the country during the months of September, October, and November. The defendant is currently on pre-trial diversion,

Order Continuing Status Date
3-08-70515 BZ

and the Speedy Trial Act does not apply at this time.

DATED: July 7, 2009   Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/

_____
Elise Becker
Assistant United States Attorney

DATED: July 7, 2009

/s/

_____
DEREK ST. PIERRE
Counsel for Nyendak Wangden

SO ORDERED.

DATED:   July 7, 2009

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

Order Continuing Status Date
3-08-70515 BZ