1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN163973)
3  Chief, Criminal Division

4  ELISE BECKER (NYSBN 2540730)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6878
7     Facsimile: (415) 436-7234
      Email: elise.becker@usdoj.gov
8
   Attorneys for Plaintiff
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,       )   No. 3-08-70515 BZ
                                    )
15       Plaintiff,                 )
                                    )
16       v.                         )   STIPULATION and (PROPOSED)
                                    )   ORDER VACATING STATUS DATE
17  BRIHANNALA MORGAN               )
    NYENDAK WANGDEN.                )
18                                  )
                                    )
19       Defendants.                )
                                    )
20

21
        The United States of America, by and through its attorneys, Joseph P. Russoniello,
22
   United States Attorney for the Northern District of California, and Elise Becker, Assistant U.S.
23
   Attorney, and defendant Brihannala Morgan, by and through her attorney, Shana Keating, and
24
   defendant Nyendak Wangden, by and through her attorney Derek St. Pierre, respectfully request
25
   that the scheduled court appearance of December 9, 2009, be vacated. The reason for this joint
26
   request is that the defendants remain on pre-trial diversion and the parties submit that there are
27
   no issues to be brought to the Court's attention at this time. The defendants' term of pre-trial
28

Order Vacating Status Date
3-08-70515 BZ

diversion ends on or about March 24, 2010. The parties further agree that the Speedy Trial Act does not apply at this time.

DATED: December 7, 2009                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
Elise Becker
Assistant United States Attorney

DATED: December 7, 2009

/s/
_____
DEREK ST. PIERRE
Counsel for Nyendak Wangden

DATED: December 7, 2009

/s/
_____
SHANA KEATING
Counsel for Brihannala Morgan

SO ORDERED.   **Status Conference is continued to April 1, 2010 at 9:30 a.m.**

DATED:  December 7, 2009

_____
UNITED STATES MAGISTRATE JUDGE
BERNARD ZIMMERMAN

Order Vacating Status Date
3-08-70515 BZ