JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN163973)
Chief, Criminal Division

ELISE BECKER (NYSBN 2540730)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6878
   Facsimile: (415) 436-7234
   Email: elise.becker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-08-70515 BZ |
| Plaintiff, | |
| v. | MOTION AND [~~PROPOSED~~] ORDER TO DISMISS COMPLAINT and (~~PROPOSED~~) ORDER VACATING STATUS DATE |
| BRIHANNALA MORGAN, NYENDAK WANGDEN. | |
| Defendants. | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above criminal complaint with prejudice. The defendants completed their eighteen (18) months of pretrial diversion on March 24, 2010. Accordingly, the government moves to dismiss the criminal complaint.

//

//

//

//

Order Dismissing Complaint and Vacating Status Date
3-08-70515 BZ

DATED: March 26, 2010                Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
Elise Becker
Assistant United States Attorney

The Court hereby grants leave to dismiss the above complaint with prejudice and the status appearance of April 1, 2010, is vacated.

Dated: March 29, 2010

*[signature]*
BERNARD ZIMMERMAN
United States Magistrate Judge

Order Dismissing Complaint and Vacating Status Date
3-08-70515 BZ